IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 20-1347 MV |
| ) | |
| vs. ) | 18 U.S.C. § 111(a): Assault Upon a |
| ) | Federal Officer. (Misdemeanor). |
| **EARL O. HAMEL**, ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges:

On or about June 2, 2020, in Bernalillo County, in the District of New Mexico, the defendant, **EARL O. HAMEL**, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with John Doe, and officer and employee of the United States Veteran's Affairs Police Department, while John Doe was engaged in, and on account of, the performance of John Doe's official duties, and such acts constituted simple assault.

In violation of 18 U.S.C. § 111(a).

JOHN C. ANDERSON
United States Attorney

*Jack E. Burkhead*

JACK E. BURKHEAD
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87102
(505) 346-7274

*FILED UNITED STATES DISTRICT COURT ALBUQUERQUE, NEW MEXICO JUN 0 3 2020 MITCHELL R. ELFERS CLERK*